UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| JOSE ENRIQUE MEDINA-AGUILAR,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>Respondent. | NO. ED CV 16-01184-CAS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 4, 2017.

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE